JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FRIEDMAN,<br><br>          Plaintiff,<br><br>      v.<br><br>NATIONAL PROGRAMMING SERVICE, LLC,<br><br>          Defendant. | Case No. CV 15-04866-DMG (JEMx)<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Granting Summary Judgment in favor of Defendant in the above-captioned case, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant National Programming Service, LLC, and against Plaintiff Joshua Friedman, who shall take nothing.

**IT IS SO ORDERED**.

DATED: March 25, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE