Name: Todd M. Friedman
Address: 324 S. Beverly Dr., #725
City, State, Zip: Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
E-Mail: tfriedman@attorneysforconsumers.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSHUA FRIEDMAN, individually and on behalf of all others similarly situated

PLAINTIFF(S),

v.

National Programming Service, LLC

DEFENDANT(S).

CASE NUMBER: 2:15-cv-04866-DMG-JEM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __Joshua Friedman__ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Granting Defendant's MSJ

☒ Judgment (specify): Dkt No. 38 and 39

☒ Other (specify): Order Granting Defendant's Motion For Summary Judgment (Dkt. No. 38) and Judgment (Dkt. No. 39) on March 25, 2016

Imposed or Filed on __03/25/16__. Entered on the docket in this action on __03/25/16__.

A copy of said judgment or order is attached hereto.

04/16/16
Date

Todd M. Freiedman
Signature

☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    **NOTICE OF APPEAL**